## A. B. GANT V. TIMMONS & DAVIS.
### No. 6539. .

**Failure to Prosecute Appeal.**—A motion to strike out the brief of appellant was sustained at Austin Term, 1888, and time was extended for filing briefs. At Austin Term, 1890, no briefs were on file. *Held*, that the appeal was not prosecuted and case was dismissed for want of prosecution.

APPEAL from Young. Tried below before Hon. P. M. Stine.

HOBBY, JUDGE.—In this câse the transcript was filed in the Supreme Court on April 2, 1888. Appellant's brief was filed on May 4, 1888. On motion of appellee this brief was stricken out and time allowed appellant to file briefs. None, however, have been filed since.

The cause stands therefore in the attitude of an appeal not prosecuted by appellant, and consequently we think it should be dismissed for want of prosecution.

*Appeal dismissed.*

Adopted June 17, 1890.